MARY E. ALEXANDER, ESQ. (SBN: 104173)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

ELIZABETH J. CABRASER (SBN: 083151)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: ecabraser@lchb.com

GRETCHEN NELSON (SBN: 112566)
Nelson & Fraenkel LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: gnelson@nflawfirm.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LYNN FORD, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CARNIVAL CORPORATION, et al., <br><br> Defendants. | Case No.: 2:20-cv-06226-DDP-AFM <br><br> **STIPULATION OF VOLUNTARY DISMISSAL FOR PLAINTIFF SARAH DAVIES** <br><br> Judge: Hon. Dean D. Pregerson <br> Magistrate: Hon. Alexander F. MacKinnon <br> Filed: 07/13/2020 |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah

2 Davies and Defendants Carnival Corporation, Carnival plc, and Princess Cruise

3 Lines Ltd. ("Defendants") hereby stipulate to the voluntary dismissal with prejudice

4 of Plaintiff's claim against Defendants.  There are no counterclaims or third-party

5 claims.  Each party shall bear their own fees and costs.  All other claims and

6 claimants set forth in the Second Amended Complaint [Doc 47] remain pending.

7

8   **IT IS SO STIPULATED.**

9 Dated: June 27, 2022   NELSON & FRAENKEL LLP

10

11       By: /s/ Gretchen M. Nelson

12       Gretchen M. Nelson (112566)
        gnelson@nflawfirm.com
13       Carlos F. Llinás Negret (284746)
        cllinas@nflawfirm.com
14       601 So. Figueroa Street, Suite 2050
        Los Angeles, CA 90017
15       Telephone:  213-622-6469
        Facsimile:  213-622-6019
16

17 Dated:  June 27, 2022   MARY E. ALEXANDER, ESQ. (SBN: 104173)
        Mary Alexander & Associates, P.C.
18       44 Montgomery Street, Suite 1303
        San Francisco, California 94104
19       Telephone:  (415) 433-4440
        Facsimile:  (415) 433-5440
20       Email:  malexander@maryalexanderlaw.com

21

22       By: /s/ Mary E. Alexander

23

24

25

26

27

28

1  Dated:  June 27, 2022          LIEFF CABRASER HEIMANN &
                                  BERNSTEIN, LLP
2

3
                                  By:  /s/ Elizabeth J. Cabraser
4
                                  Elizabeth J. Cabraser (SBN 083151)
5                                 ecabraser@lchb.com
                                  Jonathan D. Selbin (SBN 170222)
6                                 jselbin@lchb.com
                                  275 Battery Street, 29th Floor
7                                 San Francisco, CA 94111-3339
                                  Telephone: (415) 956-1000
8                                 Facsimile: (415) 956-1008

9                                 LIEFF CABRASER HEIMANN &
                                  BERNSTEIN, LLP
10                                Mark P. Chalos (*Pro Hac Vice*)
                                  mchalos@lchb.com
11                                222 2nd Avenue South, Suite 1640
                                  Nashville, TN 37201
12                                Telephone: (615) 313-9000
                                  Facsimile: (212) 313-9965
13
                                  *Attorneys for Plaintiffs*
14

15 Dated:    June 27, 2022         MALTZMAN & PARTNERS, PA

16

17
                                  By:  /s/ Jeffrey A. Maltzman
18
                                  Jeffrey A. Maltzman
19                                jeffreym@maltzmanpartners.com
                                  681 Encinitas Blvd., Suite 315
20                                Encinitas, CA. 92024
                                  Telephone: 213-330-0535
21                                Facsimile: 213-330-0534

22
                                  *Attorney for Defendant Princess Cruise Lines Ltd.*
23

24

25

26

27

28

1   Dated:    June 27, 2022          ARNOLD & PORTER

2

3                                    By: _/s/ Jonathan W. Hughes_

4                                    Jonathan W. Hughes
                                     Jonathan.hughes@arnoldporter.com
5                                    Three Embarcadero Center, Tenth Floor
                                     San Francisco, CA. 94111-4024
6                                    Telephone: 415-471-3156
                                     Facsimile: 415-471-3400
7
                                     *Attorneys for Defendants Carnival Corporation*
8                                    *and Carnival PLC*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL FOR PLAINTIFF
SARAH DAVIES    No. 2:20-cv-06226-DDP-AFM

# ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated this 27th day of June, 2022

NELSON & FRAENKEL LLP

By:  */s/ Gretchen M. Nelson*

GRETCHEN M. NELSON
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone:  213-622-6469
Facsimile:  213-622-6019

*Attorneys for Plaintiffs*

STIPULATION OF VOLUNTARY DISMISSAL FOR PLAINTIFF
SARAH DAVIES   No. 2:20-cv-06226-DDP-AFM