MARY E. ALEXANDER, ESQ. (SBN: 104173)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone:  (415) 433-4440
Facsimile:  (415) 433-5440
Email:  malexander@maryalexanderlaw.com

ELIZABETH J. CABRASER (SBN: 083151)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: ecabraser@lchb.com

GRETCHEN NELSON (SBN: 112566)
Nelson & Fraenkel LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone:  (213) 622-6469
Facsimile:  (213) 622-6019
Email:  gnelson@nflawfirm.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LYNN FORD, et al.,<br><br>Plaintiffs,<br>vs.<br>CARNIVAL CORPORATION, et al.,<br><br>Defendants. | Case No.:  2:20-cv-06226-DDP-AFM<br><br>**JOINT STIPULATION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) TO DISMISS COMPLAINT**<br><br>Judge:  Hon. Dean D. Pregerson<br>Magistrate:  Hon. Alexander F. MacKinnon<br>Filed: 07/13/2020 |

1    **WHEREAS,** the parties have reached a settlement of all claims by all
2    Plaintiffs against all Defendants and have agreed jointly to stipulate to the dismissal
3    of the Complaint in its entirety in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii).
4
5    **NOW THEREFORE**, it is hereby stipulated as follows:
6    The Complaint shall be dismissed in accordance with Fed.R.Civ.P.
7    41(a)(1)(A)(ii) with prejudice and without costs to any party, and the Court shall
8    retain jurisdiction to enforce the settlement.
9    **IT IS SO STIPULATED.**
10   Dated:    September 7, 2022       NELSON & FRAENKEL LLP
11
12                                     By:  */s/ Gretchen M. Nelson*
13                                     Gretchen M. Nelson (112566)
                                       gnelson@nflawfirm.com
14                                     Carlos F. Llinás Negret (284746)
                                       cllinas@nflawfirm.com
15                                     601 So. Figueroa Street, Suite 2050
                                       Los Angeles, CA 90017
16                                     Telephone:  213-622-6469
17                                     Facsimile:  213-622-6019
18   Dated:  September 7, 2022         MARY ALEXANDER & ASSOCIATES, P.C.
19
20
21                                     By:     /s/ *Mary E. Alexander*
22                                     MARY E. ALEXANDER, ESQ. (SBN: 104173)
                                       Mary Alexander & Associates, P.C.
23                                     44 Montgomery Street, Suite 1303
                                       San Francisco, California 94104
24                                     Telephone:  (415) 433-4440
                                       Facsimile:  (415) 433-5440
25                                     Email:  malexander@maryalexanderlaw.com
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  September 7, 2022 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By:  */s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser (SBN 083151)
*ecabraser@lchb.com*
Jonathan D. Selbin (SBN 170222)
*jselbin@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Mark P. Chalos (*Pro Hac Vice*)
*mchalos@lchb.com*
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (212) 313-9965

*Attorneys for all Plaintiffs*

Dated:   September 7, 2022        MALTZMAN & PARTNERS, PA

By:  */s/ Jeffrey A. Maltzman*

Jeffrey A. Maltzman
*jeffreym@maltzmanpartners.com*
681 Encinitas Blvd., Suite 315
Encinitas, CA. 92024
Telephone: 213-330-0535
Facsimile: 213-330-0534

*Attorney for Defendant Princess Cruise Lines Ltd.*

| | | | |
|---|---|---|---|
| 1 | Dated: | September 7, 2022 | ARNOLD & PORTER |

By: */s/ Jonathan W. Hughes*

Jonathan W. Hughes
Jonathan.hughes@arnoldporter.com
Three Embarcadero Center, Tenth Floor
San Francisco, CA. 94111-4024
Telephone:  415-471-3156
Facsimile:  415-471-3400

*Attorneys for Defendants Carnival Corporation and Carnival PLC*

JOINT STIP. PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II) TO DISMISS COMPLAINT   No. 2:20-cv-06226-DDP-AFM

# ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated this 7th day of September, 2022

NELSON & FRAENKEL LLP

By: */s/ Gretchen M. Nelson*
GRETCHEN M. NELSON
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: 213-622-6469
Facsimile: 213-622-6019

*Attorneys for Plaintiffs*